1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA 95603
3  Telephone: (530) 885-6244
   Facsimile: (530) 885-8245
4

5  Attorney for Defendant
   LASHAWNDRA WALKER
6

7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:17-CR-00126 MCE

12                    Plaintiff,       **STIPULATION REGARDING**
                                       **CONTINUANCE OF STATUS**
13  v.                                 **CONFERENCE; ORDER**

14  LASHAWNDRA WALKER, et al.

15                    Defendant.

16  _____

17        The defendant, Lashawndra Walker, by and through her counsel, Toni White, and defendant

18  Samantha Sampson, by and through her counsel, Hannah Labaree, the Government, by and through

19  its counsel, Roger Yang, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on August 31, 2017.

21        2.      By this stipulation, defendants now move to continue the status conference until

22  October 26, 2017, and to exclude time between August 31, 2017, and October 26, 2017, under Local

23  Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      Discovery in this matter stands at 11,967 Bates stamped pages. There are also

26  3 audio CDs. Defense counsel needs time to review discovery, to consult with their clients, to

27  review the current charges, to conduct investigation and research related to the charges and to

28  discuss potential resolutions with their clients and otherwise prepare for trial.

                                              1

1    b)    Defense counsels believe that failure to grant the above-requested continuance

2   would deny them reasonable time necessary for effective preparation, taking into account the

3   exercise of due diligence.

4    c)    The government does not object to the continuance.

5    d)    Based on the above-stated findings, the ends of justice served by continuing

6   the case as requested outweigh the interest of the public and the defendant in a trial within

7   the original date prescribed by the Speedy Trial Act.

8    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

9   3161, et seq., within which trial must commence, the time period of August 31, 2017 to

10  October 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

11  B(iv) [Local Code T4] because it results from a continuance granted by the Court at

12  defendants' request on the basis of the Court's finding that the ends of justice served by

13  taking such action outweigh the best interest of the public and the defendant in a speedy trial.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 25, 2017            PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   By:    /s/ Toni White for
                                   ROGER YANG
                                   Assistant U.S. Attorney

                                   For the United States

Dated:  August 25, 2017            By:    /s/ Toni White
                                   HANNAH LABAREE

                                   For Defendant Samantha Sampson

Dated:  August 25, 2017            By:    /s/ Toni White
                                   TONI WHITE

                                   For Defendant Lashawndra Walker

## O R D E R

IT IS SO ORDERED.

Dated:  August 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time