| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, #294338<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorneys for Defendant<br>SAMANTHA SAMPSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-126 MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| LASHAWNDRA WALKER and SAMANTHA SAMPSON, | ) ) ) | Date: October 26, 2017<br>Time: 10:00 a.m. |
| Defendants. | ) ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for Lashawndra Walker, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Samantha Sampson, that the status conference scheduled for October 26, 2017 be vacated and continued to January 18, 2018 at 10:00 a.m.

The reasons for the continuance are that the defense teams are continuing to review the discovery in this case; are investigating the facts; and are conducting further legal research. To date, the Government has produced 11,0967 pages of discovery including electronic discovery. Defense counsel is continuing to review with due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' stipulation, October 18, 2017, through and including

Stipulation/ Order

January 18, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

DATED: October 19, 2017          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for SAMANTHA SAMPSON

DATED: October 19, 2017          */s/ Toni White*
TONI WHITE
Attorney for LASHAWNDRA WALKER

DATED: October 19, 2017          PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United State Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, October 18, 2017, up to and including January 18, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 26, 2017 status conference shall be continued until January 18, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation/ Order