TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 HERITAGE OAK PLACE, STE 6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LASHAWNDRA WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LASHAWNDRA WALKER, et al<br><br>Defendant. | No. 2:17-CR-00126 MCE<br><br>**ORDER WAIVING DEFENDANT'S APPEARANCE** |

    Based on the Request for Appearance Waiver filed with this Court on December 5, 2017, and on the information and signatures contained therein, it is hereby ordered that Defendant LASHAWNDRA WALKER's appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring her appearance, which would supersede this Order.

///

///

///

///

///

LASHAWNDRA WALKER's appearance is waived for hearings of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED.

Dated: December 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE