| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorneys for Defendant |
| | SAMANTHA SAMPSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-126 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL |
| | ) | ACT |
| LASHAWNDRA WALKER and | ) | |
| SAMANTHA SAMPSON, | ) | Date: January 18, 2018 |
| | ) | Time: 10:00 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for Lashawndra Walker, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Samantha Sampson, that the status conference scheduled for January 18, 2018 be vacated and continued to March 15, 2018 at 10:00 a.m.

Discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 15, 2018, pursuant to 18 U.S.C.

Stipulation/Order

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 11, 2018                Respectfully submitted,

                                                                     HEATHER E. WILLIAMS
                                                                     Federal Defender

                                                                     */s/ Hannah R. Labaree*
                                                                     HANNAH R. LABAREE
                                                                     Assistant Federal Defender
                                                                     Attorney for SAMANTHA SAMPSON

DATED: January 11, 2018                */s/ Toni White*
                                                                     TONI WHITE
                                                                     Attorney for LASHAWNDRA WALKER


DATED: January 11, 2018                MCGREGOR W. SCOTT
                                                                     United States Attorney

                                                                     */s/ Roger Yang*
                                                                     ROGER YANG
                                                                     Assistant United State Attorney
                                                                     Attorney for Plaintiff

Stipulation/Order

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, January 11, 2018, up to and including March 15, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 18, 2018 status conference shall be continued until March 15, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE