| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorneys for Defendant |
| | SAMANTHA SAMPSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-126 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| LASHAWNDRA WALKER and SAMANTHA SAMPSON, | ) ) ) | Date: September 20, 2018 Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for Lashawndra Walker, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Samantha Sampson, that the status conference scheduled for September 20, 2018 be vacated and continued to November 15, 2018 at 10:00 a.m.

Counsel for defendants desire additional time to conduct further investigation and to discuss plea negotiations with the government and their clients.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 15, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation/Order

DATED: September 17, 2018     Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Hannah R. Labaree*
    HANNAH R. LABAREE
    Assistant Federal Defender
    Attorney for SAMANTHA SAMPSON

DATED: September 17, 2018     */s/ Toni White*
    TONI WHITE
    Attorney for LASHAWNDRA WALKER

DATED: September 17, 2018     McGREGOR W. SCOTT
    United States Attorney

    */s/ Roger Yang*
    ROGER YANG
    Assistant United State Attorney
    Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, September 20, 2018, up to and including November 15, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 20, 2018 status conference shall be continued until November 15, 2018, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:  September 20, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation/Order