HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
SAMANTHA SAMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LASHAWNDRA WALKER and SAMANTHA SAMPSON,<br><br>Defendants. | Case No. 2:17-cr-126 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: November 15, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Toni White, attorney for Lashawndra Walker, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for Samantha Sampson, that the status conference scheduled for November 15, 2018 be vacated and continued to January 17, 2019 at 10:00 a.m.

Counsel for both defendants Lashawndra Walker and Samantha Sampson desire additional time to conduct further investigation and to discuss plea negotiations with the government and their respective clients.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 17, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation/Order

based upon continuity of counsel and defense preparation.

DATED: November 13, 2018                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Hannah R. Labaree
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender
                                        Attorney for SAMANTHA SAMPSON

DATED: November 13, 2018                /s/ Toni White
                                        TONI WHITE
                                        Attorney for LASHAWNDRA WALKER


DATED: November 13, 2018                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Roger Yang
                                        ROGER YANG
                                        Assistant United State Attorney
                                        Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, November 15, 2018, up to and including January 17, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 15, 2018 status conference shall be continued until January 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

**Dated: November 14, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation/Order