TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
LASHAWNDRA WALKER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00126 MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER** |
| v. | |
| LASHAWNDRA WALKER, et al. | |
| Defendant. | |

The defendant, Lashawndra Walker, by and through her counsel, Toni White, and defendant Samantha Sampson, by and through her counsel, Hannah Labaree, the Government, by and through its counsel, Roger Yang, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 17, 2019.

2. By this stipulation, defendants now move to continue the status conference until March 14, 2019, and to exclude time between January 17, 2019, and March 14, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery in this matter stands at 11,967 Bates stamped pages. There are also 3 audio CDs. Both defense counsel need time to continue reviewing discovery, to consult with their clients, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with their clients and otherwise prepare for

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

1 trial. Specifically, defense counsel for Ms. Walker is in the process of putting together a

2 counteroffer at this time and needs additional time to continue that effort.

3       b)      Defense counsels believe that failure to grant the above-requested continuance

4 would deny them reasonable time necessary for effective preparation, taking into account the

5 exercise of due diligence.

6       c)      The government does not object to the continuance.

7       d)      Based on the above-stated findings, the ends of justice served by continuing

8 the case as requested outweigh the interest of the public and the defendant in a trial within

9 the original date prescribed by the Speedy Trial Act.

10       e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §

11 3161, et seq., within which trial must commence, the time period of January 17, 2019 to

12 March 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

13 B(iv) [Local Code T4] because it results from a continuance granted by the Court at

14 defendants' request on the basis of the Court's finding that the ends of justice served by

15 taking such action outweigh the best interest of the public and the defendant in a speedy trial.

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 15, 2019      PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Toni White for*
ROGER YANG
Assistant U.S. Attorney

For the United States

Dated: January 15, 2019      By: */s/ Toni White*
HANNAH LABAREE

For Defendant Samantha Sampson

Dated: January 15, 2019      By: */s/ Toni White*
TONI WHITE

For Defendant Lashawndra Walker

## ORDER

IT IS SO ORDERED.

Dated: January 16, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE