TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
LASHAWNDRA WALKER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00126 MCE |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER** |
| v. | |
| LASHAWNDRA WALKER, et al. | |
| Defendant. | |

The defendant, Lashawndra Walker, by and through her counsel, Toni White, and the

Government, by and through its counsel, Roger Yang, hereby stipulate as follows:

1.    By previous order, this matter was set for status on March 14, 2019.

2.    By this stipulation, Ms. Walker now moves to continue the status conference until

April 4, 2019, and to exclude time between March 14, 2019, and April 4, 2019, under Local Code

T4.

3.    The parties agree and stipulate, and request that the Court find the following:

        a)    Counsel for the defendant and counsel for the Government have been working

towards resolution of this matter. Currently, defense counsel is working with her client on

some loss issues and is putting together information for the Government that may impact the

plea agreement. Discovery in this matter stands at 11,967 Bates stamped pages. There are

also 3 audio CDs. Defense counsel needs time to continue reviewing discovery, to continue

to consult with her client, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

b)      Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2019 to April 4, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

2      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of

3  the Speedy Trial Act dictate that additional time periods are excludable from the period within which

4  a trial must commence.

5
       IT IS SO STIPULATED.
6
       Dated:  March 12, 2019                    McGREGOR W. SCOTT
7                                                United States Attorney

8                                                By:    /s/ Toni White for
9                                                ROGER YANG
                                                 Assistant U.S. Attorney
10
                                                 For the United States
11

12     Dated:  March 12, 2019                    By:    /s/ Toni White
                                                 TONI WHITE
13
                                                 For Defendant Lashawndra Walker
14

15                                    **ORDER**

16     IT IS SO ORDERED.

17

18  Dated:  March 13, 2019

19

20                                               _____
                                                 MORRISON C. ENGLAND, JR
21                                               UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

       Stipulation and Order for Continuance of Status
       Hearing and for Exclusion of Time