TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
LASHAWNDRA WALKER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00126 MCE |
|                   Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| LASHAWNDRA WALKER, et al. | |
|                   Defendant. | |

The defendant, Lashawndra Walker, by and through her counsel, Toni White, and the Government, by and through its counsel, Roger Yang, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 4, 2019.

2.      By this stipulation, Ms. Walker now moves to continue the status conference until June 13, 2019, and to exclude time between April 4, 2019, and June 13, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      Counsel for the defendant and counsel for the Government have been working towards resolution of this matter. Currently, defense counsel is working with her client on some loss issues and is putting together information for the Government that may impact the plea agreement. Discovery in this matter stands at 11,967 Bates stamped pages. There are also 3 audio CDs. Defense counsel needs time to continue reviewing discovery, to continue to consult with her client, to review the current charges, to conduct investigation and research

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

      b)     Defense counsel believes that failure to grant the above-requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)     The government does not object to the continuance.

      d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 4, 2019 to June 13, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 1, 2019                      McGREGOR W. SCOTT
                                           United States Attorney

                                           By:     /s/ Toni White for
                                           ROGER YANG
                                           Assistant U.S. Attorney

                                           For the United States


Dated:  April 1, 2019          By:     /s/ Toni White
                                           TONI WHITE

                                           For Defendant Lashawndra Walker



## **ORDER**

IT IS SO ORDERED.

Dated:  April 8, 2019

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time