TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LASHAWNDRA WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00126 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXCLUDE TIME FROM JANUARY 9, 2020 AT 10:00 A.M. UNTIL APRIL 16, 2020 AT 10:00 A.M.** |
| Lashawndra Walker | |
| Defendant. | |

## STIPULATION

The status conference in this matter has been moved from January 9, 2020 to April 16, 2020. An exclusion of time under the Speedy Trial Act is in effect through January 9, 2020. IT IS HEREBY STIPULATED AND AGREED between Lashawndra Walker, the defendant in this matter, by and through her defense counsel, Toni White, and the United States of America, by and through its counsel, Assistant U.S. Attorney Roger Yang, that time under the Speedy Trial Act should be excluded from January 9, 2020 through April 16, 2020.

The reason for the exclusion of time is that Counsel for the defendant and counsel for the Government have been working towards resolution of this matter. Defense counsel and the Government have been working through loss issues and defense counsel, the Government and

the case agent met to discuss loss calculation. Subsequent information as to loss has been exchanged and more is scheduled to be provided. The parties requested additional financial records at the defendant's request, and the results are pending. Discovery in this matter stands at 11,967 Bates stamped pages. There are also 3 audio CDs. Defense counsel needs time to continue reviewing discovery, to continue to consult with her client, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with her client and otherwise prepare for trial.

The exclusion of time is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between January 9, 2020 and April 16, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). AUSA Roger Yang has authorized defense counsel Toni White to sign this pleading for him.

Dated: December 30, 2020     U.S. ATTORNEY
by: /s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for the Goverment

Dated: December 30, 2020     /s/ Toni White
TONI WHITE
Attorney for Defendant
Lashawndra Walker

IT IS SO ORDERED.

Dated: January 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE