```
TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244


Attorney for Defendant
LASHAWNDRA WALKER
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Lashawndra Walker<br><br>  Defendant. | No. 2:17-CR-00126 JAM<br><br>**ORDER SEALING ATTACHMENT TO DEFENDANT'S SENTENCING MEMORANDUM**<br><br>Date:  August 2, 2022<br>Time:  9:30 a.m.<br>Dept:  Honorable Judge John A. Mendez |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Lashawndra Walker IT IS HEREBY ORDERED that the Attachment to Defendant's Sentencing Memorandum filed as ECF DOC Number 172 in 2:17-CR-00126 JAM and defendant's Request to Seal shall be SEALED until further order of this Court.

DATED: July 29, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE